ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0203

Attorneys for Plaintiffs
MIRVAT AMIN, individually, and
SAMI AMIN, individually and as
Guardian Ad Litem for his minor children

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SAMI AMIN, et al., | Case No.: C 06 07483 PJH |
| Plaintiffs, | [P~~ROPOSED~~] ORDER APPROVING PETITION FOR MINOR'S COMPROMISE |
| vs. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

    Plaintiffs herein, by and through their counsel, submitted a Petition for Court Approval of Minor's Compromise of Claims on May 23, 2007, pertaining to a settlement that all plaintiffs had reached with the County of San Mateo and the individually named employee-defendants of the County of San Mateo. The court also received a Statement of Non-Opposition from counsel for defendants.

    Upon review of the file and consideration of the Petition, the Declaration of plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-

opposition of any other defendant provided to the court prior to the making of this order, the court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1. The minor's claims against the defendant County of San Mateo, and the individually named employee-defendants thereof, as compromised pursuant to the terms of the Settlement Agreement and General release, and the (Non-Qualified) Assignment and Release (of Periodic Payment Obligation), (referred to collectively herein as the "settlement documents"), attached hereto and incorporated by this reference, is approved. Plaintiffs' counsel may attach the fully executed settlement documents, when obtained, to this Order for purposes of submitting same to Prudential Life Insurance Company.

2. The court approves of the dismissal of all claims with prejudice. Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded.

3. The court approves the distribution of attorney fees to plaintiffs' counsel, and the reimbursement of costs, as set forth in the Petition.

**IT IS SO ORDERED**

Dated: __5__/__25__/2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton