1  ROBERT R. POWELL, ESQ. CSB# 159747
   DENNIS R. INGOLS, ESQ., CSB# 236458
2  THE LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
3  San Jose, California 95126
   T: 408-553-0200 F: 408-553-0203
4  rpowell@rrpassociates.com

5  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| SAMI AMIN, et al | ) | Case No.  C 06 07483 PJH |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RE: DISMISSAL |
| | ) | |
| COUNT OF SAN MATEO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED by and between all plaintiffs, County of San Mateo, and individually named defendants Paul Chang and Richard Arthur, through counsel, pursuant to F.R.C.P 41, that all causes of action against County of San Mateo, Paul Chang, and Richard Arthur, be dismissed with prejudice, each party to bear its own costs and fees.

//

//

//

//

//

Case 4:06-cv-07483-PJH   Document 41   Filed 06/18/07   Page 2 of 2

1  IT IS SO STIPULATED.

2  _____/S/ David Silberman_____  6/   /07            _____/S/ Robert R. Powell_____  6/   /07
   Thomas F. Casey III – County Counsel              Robert R. Powell – Attorney
3  By David Silberman – Attorneys for                For Plaintiffs
   County of San Mateo, Paul Chang,
4  Richard Arthur

5

6                                        **ORDER**

7       Based on the foregoing stipulation of the parties, and good cause appearing therefore,

8  the court hereby adopts the proposed stipulation of the parties as an order of this court.

9  **IT IS SO ORDERED.**

10                                    _____/s/ Jeffrey S. White_____  6/ 18 /07
                               for   Judge Phyllis J. Hamilton
11                                    U.S. District Court – N.D. of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER RE: DISMISSAL
AMIN V. COUNTY OF SAN MATEO
Case No. C 06 07483PJH