UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMI AMIN, et al.,

        Plaintiff(s),

   v.

COUNTY OF SAN MATEO, et al.,

        Defendant(s).

_____/

No. C 06-7483 PJH

**ORDER OF DISMISSAL**

The mediator (by certification of ADR session) and counsel for the parties, having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within ninety (90) days.

IT IS SO ORDERED.

Dated: March 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge