1   ROBERT R. POWELL, ESQ.  CSB#159747
    DENNIS R. INGOLS, ESQ.   CSB#236458
2   LAW OFFICES OF ROBERT R. POWELL
    925 West Hedding Street
3   San José, California  95126
    T: 408-553-0200 F: 408-553-0203
4

5   Attorneys for Plaintiffs

6

                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                            (San Francisco Division)
9

10  SAMI AMIN, et al.                  )     Case No:  C06- C06-07483 PJH
                                       )      Related Case No. C06-07607 PJH
11                 Plaintiffs,         )
                                       )       STIPULATION AND ORDER RE:
12  vs.                                )     DISMISSAL
                                       )
13  COUNT OF SAN MATEO, et al.,        )
                                       )
14                 Defendants.         )
                                       )
15  _____)

16  IT IS STIPULATED AND AGREED, by and between Plaintiffs and remaining Defendants,

17  the City of Redwood City and its employees Victor Artiga and David Cirina, pursuant to Rule

18  41 of the Federal Rules of Civil Procedure, that this entire case be dismissed with prejudice.

19  Dated: May 2, 2008           By:   _/s/ Robert R. Powell_____
                                       ROBERT R. POWELL
20                                     Attorney for Plaintiffs
                                       SAMI & MIRVAT AMIN, individually,
21                                     and as Guardians Ad Litem for
                                       MURAD A. and ELISSA A.
22
    Dated:  May 2, 2008          By:   __/s/ Joseph Howard_____
23                                     JOSEPH HOWARD
                                       Attorney for Defendants CITY OF
24                                     REDWOOD CITY, VICTOR ARTIGA,
                                       And DAVID CIRINA
25

1

**O R D E R**

2

**IT IS SO ORDERED**

3

4

Dated:  __5_ / _5__ /2008



IT IS SO ORDERED

Judge Phyllis J. Hamilton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Order Re: Petition for Minors' Compromise          2
Amin v. County of San Mateo
U.S. District Court – Northern District of California
C06-07483 PJH; C06-07607 PJH